# EXHIBIT B

**District 1**

# Case Summary

### Case No. 2024L002016

| | | | |
|---|---|---|---|
| **ADRIAN SANTIAGO -vs-** | § | Location: | **District 1** |
| **NORTHWESTERN UNIVERSITY,JAMES** | § | Judicial Officer: | **Calendar, H** |
| **FOSTER,MONIQUE HOLLAND,RACHEL** | § | Filed on: | **02/21/2024** |
| **VELEZ** | § | Cook County Attorney | **62618** |
| | § | Number: | |

## Case Information

|  |  |
|---|---|
| Case Type: | Other Personal Injury / Wrongful Death - Jury |
| Case Status: | **02/21/2024  Pending** |

## Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2024L002016 |
| Court | District 1 |
| Date Assigned | 02/21/2024 |
| Judicial Officer | Calendar, H |

## Party Information

*Lead Attorneys*

| **Plaintiff** | **SANTIAGO, ADRIAN** | **Esbrook, Christopher J.** *Retained* |
|---|---|---|
| **Defendant** | **FOSTER, JAMES THOMAS** | |
| | **HOLLAND, MONIQUE** | |
| | **NORTHWESTERN UNIVERSITY** | |

**VELEZ, RACHEL**

---

## Events and Orders of the Court

---

05/02/2024   **First Time Case Management**   (9:00 AM)   (Judicial Officer: McKenna, Scott D)
        Resource: Location L2209 Court Room 2209
        Resource: Location D1 Richard J Daley Center

02/21/2024   New Case Filing

02/21/2024   
Other Personal Injury Complaint Filed (Jury Demand)
    *Complaint at Law*
    Party:   Plaintiff SANTIAGO, ADRIAN
    Party 2:   Attorney Esbrook, Christopher J.

02/21/2024   
Notice Of Filing Filed
    *Civil Cover Sheet*
    Party:   Plaintiff SANTIAGO, ADRIAN
    Party 2:   Attorney Esbrook, Christopher J.

02/21/2024   
Notice Of Filing Filed
    *Jury Demand*
    Party:   Plaintiff SANTIAGO, ADRIAN
    Party 2:   Attorney Esbrook, Christopher J.

02/21/2024
Summons Issued And Returnable
    *Summons Northwestern*
    Party:   Plaintiff SANTIAGO, ADRIAN
    Party 2:   Attorney Esbrook, Christopher J.

02/21/2024
Summons Issued And Returnable
    *Summons Foster*
    Party:   Plaintiff SANTIAGO, ADRIAN
    Party 2:   Attorney Esbrook, Christopher J.

02/21/2024
Summons Issued And Returnable
    *Summons Holland*
    Party:   Plaintiff SANTIAGO, ADRIAN
    Party 2:   Attorney Esbrook, Christopher J.

02/21/2024     

Summons Issued And Returnable

*Summons Velez*

Party:    Plaintiff SANTIAGO, ADRIAN

Party 2:    Attorney Esbrook, Christopher J.