# EXHIBIT C

Civil Action Cover Sheet - Case Initiation (12/01/20) CCL 0520

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

ADRIAN SANTIAGO,

_____v._____

NORTHWESTERN UNIVERSITY, JAMES THOMAS FOSTER, MONIQUE HOLLAND, AND RACHEL VELEZ_____

No. _____

FILED
2/21/2024 7:39 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L002016
Calendar, H
26506545

FILED DATE: 2/21/2024 7:39 PM  2024L002016

**(FILE STAMP)**

### CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. Only one (1) case type may be checked with this cover sheet.

Jury Demand  ■ Yes  ❑ No

**PERSONAL INJURY/WRONGFUL DEATH**
CASE TYPES:
- ❑ 027  Motor Vehicle
- ❑ 040  Medical Malpractice
- ❑ 047  Asbestos
- ❑ 048  Dram Shop
- ❑ 049  Product Liability
- ❑ 051  Construction Injuries
  (including Structural Work Act, Road Construction Injuries Act and negligence)
- ❑ 052  Railroad/FELA
- ❑ 053  Pediatric Lead Exposure
- ■ 061  Other Personal Injury/Wrongful Death
- ❑ 063  Intentional Tort
- ❑ 064  Miscellaneous Statutory Action
  (Please Specify Below**)
- ❑ 065  Premises Liability
- ❑ 078  Fen-phen/Redux Litigation
- ❑ 199  Silicone Implant

**TAX & MISCELLANEOUS REMEDIES**
CASE TYPES:
- ❑ 007  Confessions of Judgment
- ❑ 008  Replevin
- ❑ 009  Tax
- ❑ 015  Condemnation
- ❑ 017  Detinue
- ❑ 029  Unemployment Compensation
- ❑ 031  Foreign Transcript
- ❑ 036  Administrative Review Action
- ❑ 085  Petition to Register Foreign Judgment
- ❑ 099  All Other Extraordinary Remedies

**COMMERCIAL LITIGATION**
CASE TYPES:
- ❑ 002  Breach of Contract
- ❑ 070  Professional Malpractice
  (other than legal or medical)
- ❑ 071  Fraud (other than legal or medical)
- ❑ 072  Consumer Fraud
- ❑ 073  Breach of Warranty
- ❑ 074  Statutory Action
  (Please specify below.**)
- ❑ 075  Other Commercial Litigation
  (Please specify below.**)
- ❑ 076  Retaliatory Discharge

**OTHER ACTIONS**
CASE TYPES:
- ❑ 062  Property Damage
- ❑ 066  Legal Malpractice
- ❑ 077  Libel/Slander
- ❑ 079  Petition for Qualified Orders
- ❑ 084  Petition to Issue Subpoena
- ❑ 100  Petition for Discovery

**_____
_____

Primary Email: christopher.esbrook@esbrook.com

Secondary Email: _____

Tertiary Email: _____

By: /s/Christopher J. Esbrook _____
      (Attorney)                                          (Pro Se)

**Pro Se Only:** ❑ I have read and agree to the terms of the *Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice form the **Clerk's Office** for this case at this email address: _____

**IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Page 1 of 1

1910 - No Fee Paid
1919 - Fee Paid
Jury Demand

(Rev. 12/01/20) CCG 0067

FILED
2/21/2024 7:39 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L002016
Calendar, H
26506545

FILED DATE: 2/21/2024 7:39 PM   2024L002016

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

County Department  DEPARTMENT/ Law Divsion  DISTRICT

ADRIAN SANTIAGO,

v.

NORTHWESTERN UNIVERSITY, JAMES THOMAS FOSTER, MONIQUE HOLLAND, AND RACHEL VELEZ

No. 2024-L-

## JURY DEMAND

The undersigned demands a jury trial.

/s/Christopher J. Esbrook
(Signature)

☐ Atty. No.: 62618
Name: Esbrook P.C.
Atty. for: Plaintiff
Address: 321 N. Clark St., Suite 1930
City/State/Zip: Chicago, Illinois 60654
Telephone: (312) 319-7682
Primary Email: christopher.esbrook@esbrook.com

Dated: February 21, 2024

**IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Page 1 of 1

**STATE OF ILLINOIS,
CIRCUIT COURT**

Cook **COUNTY**

**SUMMONS**

FILED
2/21/2024 7:39 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L002016
Calendar, H
26506545

FILED DATE: 2/21/2024 7:39 PM    2024L002016

*For Court Use Only*

| **Instructions** ▼ | | |
|---|---|---|
| Enter above the county name where the case was filed. | ADRIAN SANTIAGO, <br> **Plaintiff / Petitioner** (First, middle, last name) | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Enter the names of all people you are suing as Defendants/Respondents. | NORTHWESTERN UNIVERSITY, JAMES THOMAS FOSTER, MONIQUE HOLLAND, AND RACHEL VELEZ <br> **Defendant / Respondent** (First, middle, last name) | **Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** (Check this box if this is not the 1st Summons issued for this Defendant.) | |

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/. <br><br> E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org. <br><br> Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms.  You can also get free legal information and legal referrals at illinoislegalaid.org. |
|---|---|
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons*, *Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help. <br><br> If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

1. **Defendant/Respondent's address and service information:**

| In **1a**, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | a. Defendant/Respondent's primary address/information for service: <br> Name *(First, Middle, Last)*: Northwestern University <br> Registered Agent's name, if any: Stephanie Mills Graham, VP and General Counsel <br> Street Address, Unit #: Rebecca Crown Center, 633 Clark Street <br> City, State, ZIP: Evanston, IL 60208 <br> Telephone: _____ Email: _____ |
|---|---|
| In **1b**, enter a second address for Defendant/Respondent, if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here: <br> Name *(First, Middle, Last)*: _____ <br> Street Address, Unit #: _____ <br> City, State, ZIP: _____ <br> Telephone: _____ Email: _____ |
| In **1c**, check how you are sending your documents to Defendant/Respondent. | c. Method of service on Defendant/Respondent: <br> ☐ Sheriff   ☐ Sheriff outside Illinois: _____ <br> *County & State* <br> ☐ Special process server   ☑ Licensed private detective |

FILED DATE: 2/21/2024 7:39 PM   2024L002016

| In **2**, enter the amount of money owed to you. |
|---|

**2.   Information about the lawsuit:**
   Amount claimed:  $ 50,000.00

| In **3**, enter your complete address, telephone number, and email address, if you have one. |
|---|

**3.   Contact information for the Plaintiff/Petitioner:**
   Name *(First, Middle, Last)*: Esbrook PC., Christopher J. Esbrook
   Street Address, Unit #: 321 N. Clark St., Suite 1930
   City, State, ZIP: Chicago, Illinois 60654
   Telephone: (312) 319-7682       Email: christopher.esbrook@esbrook.com

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |
|---|---|

| Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. |
|---|

**4.   Instructions for person receiving this *Summons* (Defendant):**

[✓] a.   To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:
   Address: Daley Center - 50 W. Washington Street
   City, State, ZIP: Chicago, IL 60602

| In **4a,** fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response*. |
|---|

[ ] b.   Attend court:
   On: _____ at _____ [ ] a.m. [ ] p.m. in _____
       *Date*                *Time*                                    *Courtroom*
   **In-person at:**

   _____
   *Courthouse Address*         *City*              *State*        *ZIP*
   OR

| In **4b,** fill out:
• The court date and time the clerk gave you.
• The courtroom and address of the court building.
• The call-in or video information for remote appearances (if applicable).
• The clerk's phone number and website. All of this information is available from the Circuit Clerk. |
|---|

   **Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):
   By telephone: _____
                 *Call-in number for telephone remote appearance*
   By video conference: _____
                        *Video conference website*

   _____
   *Video conference log-in information (meeting ID, password, etc.)*

   Call the Circuit Clerk at: _____ or visit their website
                              *Circuit Clerk's phone number*
   at: _____ to find out more about how to do this.
       *Website*  2/21/2024 7:39 PM IRIS Y. MARTINEZ

| **STOP!** The Circuit Clerk will fill in this section. |
|---|

**Witness this Date:** _____

**Clerk of the Court:** _____

*Seal of Court*

| **STOP!** The officer or process server will fill in the Date of Service. |
|---|

**This *Summons* must be served within 30 days of the witness date.**

Date of Service: _____
   *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.**

| STATE OF ILLINOIS, CIRCUIT COURT <br> Cook COUNTY | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION** | *For Court Use Only* |
|---|---|---|

FILED DATE: 2/21/2024 7:39 PM   2024L002016

| **Instructions** | |
|---|---|
| Enter above the county name where the case was filed. | ADRIAN SANTIAGO, <br> **Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | |
| Enter the names of all people you are suing as Defendants/Respondents. | v. <br><br> **Defendant / Respondent** *(First, middle, last name)* |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)*     **Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

**My name is** _____ **and I state**
             *First, Middle, Last*

☐ **I served the *Summons* and Complaint/Petition on the Defendant/Respondent**
_____ **as follows:**
*First, Middle, Last*

   ☐ Personally on the Defendant/Respondent:
      Male ☐   Female ☐   Non-Binary ☐   Approx. Age: _____   Race: _____
      On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
      Address, Unit#: _____
      City, State, ZIP: _____

   ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
      On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
      Address, Unit#: _____
      City, State, ZIP: _____
      And left it with: _____
                 *First, Middle, Last*
      Male ☐   Female ☐   Non-Binary ☐   Approx. Age: _____   Race: _____
      and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____ , 20 _____ .

   ☐ On the Corporation's agent, _____
                                 *First, Middle, Last*
      Male ☐   Female ☐   Non-Binary ☐   Approx. Age: _____   Race: _____
      On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
      Address: _____
      City, State, ZIP: _____

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

FILED DATE: 2/21/2024 7:39 PM   2024L002016

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

**By:** _____

*Signature by:* ☐ Sheriff
☐ Sheriff outside Illinois: _____
*County and State*
☐ Special process server
☐ Licensed private detective

**FEES**
Service and Return: $ _____
Miles _____  $ _____
Total                $ 0.00

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

**STATE OF ILLINOIS CIRCUIT COURT**

Cook _____ **COUNTY**

**SUMMONS**

*For Court Use Only*

FILED
2/21/2024 7:39 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L002016
Calendar, H
26506545

**Instructions ▼**

Enter above the county name where the case was filed.

ADRIAN SANTIAGO,
**Plaintiff / Petitioner** *(First, middle, last name)*

Enter your name as Plaintiff/Petitioner.

v.

Enter the names of all people you are suing as Defendants/Respondents.

NORTHWESTERN UNIVERSITY, JAMES THOMAS FOSTER, MONIQUE HOLLAND, AND RACHEL VELEZ
**Defendant / Respondent** *(First, middle, last name)*

**Case Number**

Enter the Case Number given by the Circuit Clerk.

☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)*

**IMPORTANT INFORMATION:**

There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.

Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org.

**Plaintiff/Petitioner:**

Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons*, *Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.

If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent.

In **1a**, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here.

1. **Defendant/Respondent's address and service information:**
   a. Defendant/Respondent's primary address/information for service:
      Name *(First, Middle, Last)*: MONIQUE HOLLAND
      Registered Agent's name, if any: C/o Reid J. Schar, Jenner & Block LLP
      Street Address, Unit #: 353 North Clark Street
      City, State, ZIP: Chicago, Illinois 60654
      Telephone: _____ Email: _____

In **1b**, enter a second address for Defendant/Respondent, if you have one.

   b. If you have more than one address where Defendant/Respondent might be found, list that here:
      Name *(First, Middle, Last)*: _____
      Street Address, Unit #: _____
      City, State, ZIP: _____
      Telephone: _____ Email: _____

In **1c**, check how you are sending your documents to Defendant/Respondent.

   c. Method of service on Defendant/Respondent:
      ☐ Sheriff        ☐ Sheriff outside Illinois: _____
                                                   *County & State*
      ☐ Special process server    ☑ Licensed private detective

FILED DATE: 2/21/2024 7:39 PM   2024L002016

| | |
|---|---|
| In **2**, enter the amount of money owed to you. | **2. Information about the lawsuit:** Amount claimed: $ 50,000.00 |
| In **3**, enter your complete address, telephone number, and email address, if you have one. | **3. Contact information for the Plaintiff/Petitioner:** Name *(First, Middle, Last)*: Esbrook PC., Christopher J. Esbrook  Street Address, Unit #: 321 N. Clark St., Suite 1930  City, State, ZIP: Chicago, Illinois 60654  Telephone: (312) 319-7682    Email: christopher.esbrook@esbrook.com |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |
|---|---|

| | |
|---|---|
| Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. | **4. Instructions for person receiving this *Summons (Defendant)*:** ☑ a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at: Address: Daley Center - 50 W. Washington Street  City, State, ZIP: Chicago, IL 60602 |
| In **4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response*. | ☐ b. Attend court: On: _____ at _____ ☐ a.m. ☐ p.m. in _____   Date    Time         Courtroom **In-person at:** _____  *Courthouse Address   City   State   ZIP* OR |
| In **4b**, fill out: • The court date and time the clerk gave you. • The courtroom and address of the court building. • The call-in or video information for remote appearances (if applicable). • The clerk's phone number and website. All of this information is available from the Circuit Clerk. | **Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"): By telephone: _____  *Call-in number for telephone remote appearance* By video conference: _____  *Video conference website* _____  *Video conference log-in information (meeting ID, password, etc.)* Call the Circuit Clerk at: _____ or visit their website  *Circuit Clerk's phone number* at: _____ to find out more about how to do this.  *Website*  2/21/2024 7:39 PM IRIS Y. MARTINEZ |

| | |
|---|---|
| **STOP!** The Circuit Clerk will fill in this section. | **Witness this Date:** _____  **Clerk of the Court:** _____   *Seal of Court* |
| **STOP!** The officer or process server will fill in the Date of Service. | **This *Summons* must be served within 30 days of the witness date.** Date of Service: _____ *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)* |

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

FILED DATE: 2/21/2024 7:39 PM  2024L002016

| STATE OF ILLINOIS, CIRCUIT COURT | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | *For Court Use Only* |
|---|---|---|
| Cook COUNTY | | |

**Instructions**

Enter above the county name where the case was filed.

Enter your name as Plaintiff/Petitioner.

Enter the names of all people you are suing as Defendants/Respondents.

Enter the Case Number given by the Circuit Clerk.

ADRIAN SANTIAGO,
**Plaintiff / Petitioner** *(First, middle, last name)*

v.

**Defendant / Respondent** *(First, middle, last name)*

☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)*

**Case Number**

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

**My name is** _____ **and I state**
*First, Middle, Last*

☐ **I served the *Summons* and Complaint/Petition on the Defendant/Respondent**
_____ **as follows:**
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address, Unit#: _____
City, State, ZIP: _____

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address, Unit#: _____
City, State, ZIP: _____
And left it with: _____
*First, Middle, Last*
Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____, 20 _____ .

☐ On the Corporation's agent, _____
*First, Middle, Last*
Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk: _____

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

**By:** _____          **FEES**

Signature by: ☐ Sheriff                              Service and Return: $ _____
              ☐ Sheriff outside Illinois: _____   Miles _____ $ _____
              *County and State*                     Total                $ 0.00
              ☐ Special process server
              ☐ Licensed private detective

_____
*Print Name*

Under the Code of Civil Procedure, [735 ILCS 5/1-109](#), making a statement on this form that you know to be false is perjury, a Class 3 Felony.

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.**

| STATE OF ILLINOIS CIRCUIT COURT | SUMMONS | *For Court Use Only* FILED 2/21/2024 7:39 PM IRIS Y. MARTINEZ CIRCUIT CLERK COOK COUNTY, IL 2024L002016 Calendar, H 26506545 |
|---|---|---|
| Cook COUNTY | | |

FILED DATE: 2/21/2024 7:39 PM 2024L002016

| **Instructions ▼** | | |
|---|---|---|
| Enter above the county name where the case was filed. | ADRIAN SANTIAGO, **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Enter the names of all people you are suing as Defendants/Respondents. | NORTHWESTERN UNIVERSITY, JAMES THOMAS FOSTER, MONIQUE HOLLAND, AND RACHEL VELEZ **Defendant / Respondent** *(First, middle, last name)* | **Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/. E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org. Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
|---|---|
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons*, *Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help. If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

1. **Defendant/Respondent's address and service information:**

| In **1a**, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | a. Defendant/Respondent's primary address/information for service: Name *(First, Middle, Last)*: Rachel Velez Registered Agent's name, if any: C/o Reid J. Schar, Jenner & Block LLP Street Address, Unit #: 353 North Clark Street City, State, ZIP: Chicago, Illinois 60654 Telephone: _____ Email: _____ |
|---|---|
| In **1b**, enter a second address for Defendant/Respondent, if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here: Name *(First, Middle, Last)*: _____ Street Address, Unit #: _____ City, State, ZIP: _____ Telephone: _____ Email: _____ |
| In **1c,** check how you are sending your documents to Defendant/Respondent. | c. Method of service on Defendant/Respondent: ☐ Sheriff ☐ Sheriff outside Illinois: _____ *County & State* ☐ Special process server ☑ Licensed private detective |

FILED DATE: 2/21/2024 7:39 PM 2024L002016

| In **2**, enter the amount of money owed to you. |
|---|
| In **3**, enter your complete address, telephone number, and email address, if you have one. |

**2. Information about the lawsuit:**
Amount claimed: $ 50,000.00

**3. Contact information for the Plaintiff/Petitioner:**
Name *(First, Middle, Last)*: Esbrook PC., Christopher J. Esbrook
Street Address, Unit #: 321 N. Clark St., Suite 1930
City, State, ZIP: Chicago, Illinois 60654
Telephone: (312) 319-7682      Email: christopher.esbrook@esbrook.com

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |
|---|---|

| Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. |
|---|
| In **4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/Response*. |
| In **4b**, fill out: <br>• The court date and time the clerk gave you. <br>• The courtroom and address of the court building. <br>• The call-in or video information for remote appearances (if applicable). <br>• The clerk's phone number and website. All of this information is available from the Circuit Clerk. |

**4. Instructions for person receiving this *Summons (Defendant)*:**

[✓] a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:
Address: Daley Center - 50 W. Washington Street
City, State, ZIP: Chicago, IL 60602

[ ] b. Attend court:
On: _____ at _____ [ ] a.m. [ ] p.m. in _____
    Date          Time                                Courtroom
**In-person at:**

_____
Courthouse Address    City                State     ZIP
OR
**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):
By telephone: _____
              *Call-in number for telephone remote appearance*
By video conference: _____
                     *Video conference website*

_____
*Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk at: _____ or visit their website
                           *Circuit Clerk's phone number*
at: _____2/21/2024 7:39 PM IRIS Y. MARTINEZ_____ to find out more about how to do this.
    *Website*

| **STOP!** The Circuit Clerk will fill in this section. |
|---|
| **STOP!** The officer or process server will fill in the Date of Service. |

**Witness this Date:** _____

**Clerk of the Court:** _____

*Seal of Court*

**This *Summons* must be served within 30 days of the witness date.**

Date of Service: _____
*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

FILED DATE: 2/21/2024 7:39 PM   2024L002016

| STATE OF ILLINOIS, CIRCUIT COURT | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | *For Court Use Only* |
|---|---|---|
| Cook COUNTY | | |

| **Instructions** | |
|---|---|
| Enter above the county name where the case was filed. | ADRIAN SANTIAGO, _____ **Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | |
| Enter the names of all people you are suing as Defendants/Respondents. | v. _____ **Defendant / Respondent** *(First, middle, last name)* |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

_____
**Case Number**

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

**My name is** _____ **and I state**
*First, Middle, Last*

☐ **I served the *Summons* and Complaint/Petition on the Defendant/Respondent**
_____ **as follows:**
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address, Unit#: _____
City, State, ZIP: _____

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address, Unit#: _____
City, State, ZIP: _____
And left it with: _____
*First, Middle, Last*
Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____, 20 _____.

☐ On the Corporation's agent, _____
*First, Middle, Last*
Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**By:** _____

*Signature by:* ☐ Sheriff
☐ Sheriff outside Illinois: _____
   *County and State*
☐ Special process server
☐ Licensed private detective

**FEES**
Service and Return: $ _____
Miles _____ $ _____
Total                $ 0.00

*Print Name* _____

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

FILED DATE: 2/21/2024 7:39 PM   2024L002016

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| | | |
|---|---|---|
| **STATE OF ILLINOIS,<br>CIRCUIT COURT**<br><br>Cook         COUNTY | **SUMMONS** | *For Court Use Only*<br>FILED<br>2/21/2024 7:39 PM<br>IRIS Y. MARTINEZ<br>CIRCUIT CLERK<br>COOK COUNTY, IL<br>2024L002016<br>Calendar, H<br>26506545 |

FILED DATE: 2/21/2024 7:39 PM    2024L002016

| **Instructions ▼** | | |
|---|---|---|
| Enter above the county name where the case was filed. | ADRIAN SANTIAGO,<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Enter the names of all people you are suing as Defendants/Respondents. | NORTHWESTERN UNIVERSITY, JAMES THOMAS FOSTER, MONIQUE HOLLAND, AND RACHEL VELEZ<br>**Defendant / Respondent** *(First, middle, last name)* | **Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |
| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.<br><br>E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.<br><br>Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. | |
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons*, *Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.<br><br>If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. | |

1. **Defendant/Respondent's address and service information:**

| | |
|---|---|
| In **1a**, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | a. Defendant/Respondent's primary address/information for service:<br>Name *(First, Middle, Last)*:   James Thomas Foster<br>Registered Agent's name, if any:   C/o James Kelly<br>Street Address, Unit #:   7817 N. Knoxville Avenue<br>City, State, ZIP:   Peoria, IL 61614<br>Telephone: _____   Email: _____ |
| In **1b**, enter a second address for Defendant/Respondent, if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here:<br>Name *(First, Middle, Last)*: _____<br>Street Address, Unit #: _____<br>City, State, ZIP: _____<br>Telephone: _____   Email: _____ |
| In **1c,** check how you are sending your documents to Defendant/Respondent. | c. Method of service on Defendant/Respondent:<br>☐ Sheriff          ☐ Sheriff outside Illinois: _____<br>                                           *County & State*<br>☐ Special process server          ☑ Licensed private detective |

FILED DATE: 2/21/2024 7:39 PM 2024L002016

| | |
|---|---|
| In **2**, enter the amount of money owed to you. | **2. Information about the lawsuit:**<br>Amount claimed: $ 50,000.00 |
| In **3**, enter your complete address, telephone number, and email address, if you have one. | **3. Contact information for the Plaintiff/Petitioner:**<br>Name *(First, Middle, Last)*: Esbrook PC., Christopher J. Esbrook<br>Street Address, Unit #: 321 N. Clark St., Suite 1930<br>City, State, ZIP: Chicago, Illinois 60654<br>Telephone: (312) 319-7682   Email: christopher.esbrook@esbrook.com |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| | |
|---|---|
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*.<br>To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |

| | |
|---|---|
| Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. | **4. Instructions for person receiving this *Summons* (Defendant):**<br>☑ a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served *(not counting the day of service)* by e-filing or at:<br>Address: Daley Center - 50 W. Washington Street<br>City, State, ZIP: Chicago, IL 60602 |
| In **4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response*. | ☐ b. Attend court:<br>On: _____ at _____ ☐ a.m. ☐ p.m. in _____<br>  Date    Time       Courtroom<br>**In-person at:**<br>_____<br>*Courthouse Address   City    State  ZIP*<br>OR |
| In **4b**, fill out:<br>• The court date and time the clerk gave you.<br>• The courtroom and address of the court building.<br>• The call-in or video information for remote appearances (if applicable).<br>• The clerk's phone number and website. All of this information is available from the Circuit Clerk. | **Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):<br>  By telephone: _____<br>    *Call-in number for telephone remote appearance*<br>  By video conference: _____<br>    *Video conference website*<br>  _____<br>  *Video conference log-in information (meeting ID, password, etc.)*<br>Call the Circuit Clerk at: _____ or visit their website<br>   *Circuit Clerk's phone number*<br>at: _____ to find out more about how to do this.<br>  *Website* 2/21/2024 7:39 PM IRIS Y. MARTINEZ |

| | |
|---|---|
| **STOP!** The Circuit Clerk will fill in this section. | **Witness this Date:** _____<br>**Clerk of the Court:** _____  *Seal of Court* |
| **STOP!** The officer or process server will fill in the Date of Service. | **This *Summons* must be served within 30 days of the witness date.**<br>Date of Service: _____<br>*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)* |

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

FILED DATE: 2/21/2024 7:39 PM  2024L002016

| STATE OF ILLINOIS, CIRCUIT COURT | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | *For Court Use Only* |
|---|---|---|
| Cook COUNTY | | |

| **Instructions** | |
|---|---|
| Enter above the county name where the case was filed. | ADRIAN SANTIAGO, _____ **Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | |
| Enter the names of all people you are suing as Defendants/Respondents. | v. _____ **Defendant / Respondent** *(First, middle, last name)* |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

**Case Number** _____

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

**My name is** _____ **and I state**
       *First, Middle, Last*

☐ **I served the *Summons* and Complaint/Petition on the Defendant/Respondent**
_____ **as follows:**
*First, Middle, Last*

  ☐ Personally on the Defendant/Respondent:
    Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
    On this date: _____  at this time: _____  ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____

  ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
    On this date: _____  at this time: _____  ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____
    And left it with: _____
       *First, Middle, Last*
    Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
    and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____, 20 _____.

  ☐ On the Corporation's agent, _____
       *First, Middle, Last*
    Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
    On this date: _____  at this time: _____  ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

FILED DATE: 2/21/2024 7:39 PM  2024L002016

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

**By:** _____

*Signature by:*  ☐ Sheriff
               ☐ Sheriff outside Illinois: _____
                  *County and State*
               ☐ Special process server
               ☐ Licensed private detective

**FEES**
Service and Return: $ _____
Miles _____ $ _____
Total                $ 0.00

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____