# EXHIBIT A

**Northwestern | HUMAN RESOURCES**

Northwestern University
720 University Place
Evanston, Illinois 60208

www.northwestern.edu/hr

FILED DATE: 8/14/2023 8:59 AM   2023L008072

February 22, 2023

Michael Napoleon
227 Mary St
Winnetka IL 60093-1521

Dear Mr. Napoleon,

We are writing to inform you of the outcome of the Office of Human Resources investigation into your November 30, 2022 complaint that Head Coach Jim Foster engaged in bullying and abusive behavior when interacting with staff, made an inappropriate remark about a female staff member, spoke negatively about his staff to other staff members, made comments that could be considered racially insensitive, and discouraged student athletes from seeking medical attention from their trainer when needed. Northwestern takes such allegations seriously and does not tolerate conduct in the workplace that violates university policy. After a thorough investigation, including witness interviews and a review of relevant information and documents, we have concluded that Coach Foster's conduct violated University policy. Specifically, we found sufficient evidence to substantiate your allegations that Coach Foster engaged in bullying and abusive behavior, made an inappropriate comment regarding a female staff member, and spoke negatively about his staff to other staff members. However, there was insufficient evidence to substantiate your remaining allegations.

The outcome of the investigation has been shared with the leadership in Athletics & Recreation to take appropriate remedial action.

Thank you again for bringing this matter to our attention. And please feel free to contact me, Rachel Velez, or any member of your leadership team if you experience any additional concerns. Lastly, as set forth in the University's Policy on Non-Retaliation, Northwestern strictly prohibits retaliation against any member of its community for reporting or inquiring in good faith about what the member believes to be wrongful or unlawful activity, or for participating in an investigation or proceeding related to such activity. Either now or in the future, if you believe you have experienced retaliation related to the filing of your November 30, 2022, complaint or for participating in this investigation, please do not hesitate to contact the Office of Human Resources.

Sincerely,

*Tracy Gioia-Walker*

Tracy Walker, Senior Human Resources Business Partner Northwestern Office of Human Resources Tracy.walker@northwestern.edu
Phone: 847-491-7411

cc: file

FILED DATE: 8/14/2023 8:59 AM    2023L008072

Northwestern | HUMAN RESOURCES

Northwestern University
720 University Place
Evanston, Illinois 60208

www.northwestern.edu/hr

February 22, 2023

Jon Strauss
2808 Commons Dr
Glenview IL, 60026-7818

Dear Mr. Strauss,

We are writing to inform you of the outcome of the Office of Human Resources investigation into your November 30, 2022 complaint that Head Coach Jim Foster engaged in bullying and abusive behavior when interacting with staff, made an inappropriate remark about a female staff member, spoke negatively about his staff to other staff members, made comments that could be considered racially insensitive, and discouraged student athletes from seeking medical attention from their trainer when needed. Northwestern takes such allegations seriously and does not tolerate conduct in the workplace that violates university policy. After a thorough investigation, including witness interviews and a review of relevant information and documents, we have concluded that Coach Foster's conduct violated University policy. Specifically, we found sufficient evidence to substantiate your allegations that Coach Foster engaged in bullying and abusive behavior, made an inappropriate comment regarding a female staff member, and spoke negatively about his staff to other staff members. However, there was insufficient evidence to substantiate your remaining allegations.

The outcome of the investigation has been shared with the leadership in Athletics & Recreation to take appropriate remedial action.

Thank you again for bringing this matter to our attention. And please feel free to contact me, Rachel Velez, or any member of your leadership team if you experience any additional concerns. Lastly, as set forth in the University's Policy on Non-Retaliation, Northwestern strictly prohibits retaliation against any member of its community for reporting or inquiring in good faith about what the member believes to be wrongful or unlawful activity, or for participating in an investigation or proceeding related to such activity. Either now or in the future, if you believe you have experienced retaliation related to the filing of your November 30, 2022, complaint or for participating in this investigation, please do not hesitate to contact the Office of Human Resources.

Sincerely,

*Tracy Gioia-Walker*

Tracy Walker, Senior Human Resources Business Partner Northwestern Office of Human Resources Tracy.walker@northwestern.edu
Phone: 847-491-7411

cc: file