**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ADRIAN SANTIAGO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2024-CV-2058 |
| | ) | |
| v. | ) | Judge Mary M. Rowland |
| | ) | |
| NORTHWESTERN UNIVERSITY, | ) | Magistrate Judge Gabriel A. Fuentes |
| JAMES THOMAS FOSTER, MONIQUE | ) | |
| HOLLAND, and RACHEL VELEZ, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the May 2, 2024 telephonic status hearing and the Court's subsequent Minute Order (Dkt. 15), the Parties submit the following joint status report.

**I.      Recusal**

The Parties and their counsel have conferred and have no objection to proceeding before the Honorable Judge Mary M. Rowland, in the above captioned matter.

1

Dated: May 10, 2024

| ADRIAN SANTIAGO | NORTHWESTERN UNIVERSITY, MONIQUE HOLLAND, and RACHEL VELEZ |
|---|---|
| By: _/s/ David F. Pustilnik_ <br> *One of his attorneys* | By: _/s/ Reid J. Schar_ <br> *One of their attorneys* |
| Christopher J. Esbrook <br> David F. Pustilnik <br> Esbrook P.C. <br> 321 N. Clark St., Suite 1930 <br> Chicago, IL 60654 <br> Phone: (312) 319-7680 <br> Christopher.esbrook@esbrook.com <br> David.pustilnik@esbrook.com | Reid J. Schar <br> Nicole A. Allen <br> Jenner & Block LLP <br> 353 N. Clark St. <br> Chicago, IL 60654 <br> Phone: (312) 222-9350 <br> rschar@jenner.com <br> nallen@jenner.com |

JAMES FOSTER

By: _/s/ James M. Kelly_
 *One of his attorneys*

James M. Kelly
James Kelly Law Firm, PC
7817 N. Knoxville Ave.
Peoria, IL 61614
Phone: (309) 679-0919
jim@jameskellylawfirm.com