IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ADRIAN SANTIAGO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2024-cv-2058 |
| | ) | |
| NORTHWESTERN UNIVERSITY, | ) | Judge Mary M. Rowland |
| JAMES THOMAS FOSTER, MONIQUE | ) | |
| HOLLAND, and RACHEL VELEZ, | ) | Magistrate Judge Gabriel A. Fuentes |
| | ) | |
| Defendants. | ) | |

## DEFENDANT, JAMES FOSTER'S, MOTION TO DISMISS

Defendant, JAMES FOSTER, (Foster), by his attorneys, JAMES KELLY LAW FIRM, PC, pursuant to Federal Rule of Civil Procedure 12(b)(6), and for its motion to dismiss the Complaint against Foster and in support, states:

1. Counts VII and VIII should be dismissed because, if Plaintiff was an employee of Northwestern University, Plaintiff's claims are barred by the Illinois Workers' Compensation Act's exclusive remedy provision. Additionally, if Plaintiff's claims are not barred by the Illinois Workers' Compensation Act, Plaintiff's claims for willful and wanton negligence and intentional infliction of emotional distress should be dismissed for failure to state a claim.

For the reasons set forth above and in the accompanying Memorandum of Law in Support of Foster's Motion to Dismiss, JAMES FOSTER respectfully moves to dismiss Counts VII and VIII of Plaintiff's Complaint with prejudice, and for any other relief the Court deems just and proper.

JAMES FOSTER, Defendant

By: _____
James M. Kelly

## CERTIFICATE OF SERVICE

I certify that on June 10, 2024, I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to all counsel of record in the above-captioned case.

/s/ James M. Kelly

James M. Kelly, ARDC No. 6238519
Jay L. Cohen, ARDC No. 6338233
JAMES KELLY LAW FIRM, PC.
7817 N. Knoxville Avenue
Peoria, IL 61614
T: (309) 679-0900
F: (309) 679-0919
E: jklf@jameskellylawfirm.com
*Attorneys for James Foster*