IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADRIAN SANTIAGO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NORTHWESTERN UNIVERSITY,<br>JAMES THOMAS FOSTER, MONIQUE<br>HOLLAND, and RACHEL VELEZ,<br><br>　　　　Defendants. | Case No. 2024-CV-2058<br><br>Judge Mary M. Rowland |

**THE NORTHWESTERN DEFENDANTS' MOTION
TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Northwestern University, Monique Holland, and Rachel Velez (the "Northwestern Defendants") move to dismiss Plaintiff Adrian Santiago's amended complaint (ECF No. 24). The grounds for the Northwestern Defendants' Motion are set forth in the accompanying Memorandum of Law. In brief, Plaintiff's complaint should be dismissed for the following reasons:

　　1.　　Plaintiff's claims under the Fair Labor Standards Act (Count I) and Illinois Minimum Wage Law (Count II) fail because Plaintiff was a volunteer, not an employee of Northwestern University. Plaintiff's claim under the Illinois Wage Payment and Collection Act (Count III) similarly fails because Plaintiff did not earn wages pursuant to an employment contract or agreement.

　　2.　　Plaintiffs' tort claims (Counts IV-VII) should be dismissed for failure to state a claim. In addition, if Plaintiff was an employee of Northwestern University as he claims, his tort claims are barred by the Illinois Workers' Compensation Act's exclusive-remedy provision.

1

3. Because Plaintiffs' underlying claims fail, his claim for *respondeat superior* liability (Count VIII) must also be dismissed.

For the reasons set forth above and in the accompanying Memorandum of Law in Support of their Motion to Dismiss, the Northwestern Defendants respectfully move to dismiss the amended complaint with prejudice.

Dated: August 30, 2024

Respectfully submitted,

NORTHWESTERN UNIVERSITY, MONIQUE HOLLAND, AND RACHEL VELEZ

By: /s/ Reid J. Schar
One of their attorneys

Reid J. Schar
Nicole A. Allen
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Phone: (312) 222-9350
rschar@jenner.com
nallen@jenner.com

# CERTIFICATE OF SERVICE

      I, Reid J. Schar, an attorney, hereby certify that on August 30, 2024, I caused a true and correct copy of the foregoing Motion to be served via email on:

Christopher J. Esbrook
David F. Pustilnik
James M. Kestler
Esbrook P.C.
321 N. Clark St., Suite 1930
Chicago, IL 60654
Phone: (312) 319-7680
Counsel for Plaintiff

James M. Kelly
Jay L. Cohen
James Kelly Law Firm, P.C.
7817 N. Knoxville Ave.
Peoria, IL 61614
Phone: (309) 679-0919
Counsel for James Foster

                                              /s/ Reid J. Schar