IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ADRIAN SANTIAGO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2024-cv-2058 |
| | ) | |
| NORTHWESTERN UNIVERSITY, | ) | Judge Mary M. Rowland |
| JAMES THOMAS FOSTER, MONIQUE | ) | |
| HOLLAND, and RACHEL VELEZ, | ) | Magistrate Judge Gabriel A. Fuentes |
| | ) | |
| Defendants. | ) | |

**DEFENDANT, JAMES FOSTER'S, MOTION TO DISMISS
PLAINTIFF'S AMENDED COMPLAINT**

Defendant, JAMES FOSTER ("Foster"), by his attorneys, JAMES KELLY LAW FIRM, PC, pursuant to Federal Rule of Civil Procedure 12(b)(6), and for his Motion to Dismiss Plaintiff's Amended Complaint, states:

1. Counts VI and VII should be dismissed for failure to state a claim because Foster did not breach any duty owed to Plaintiff.

2. Assuming arguendo a properly pled duty and breach of duty, Plaintiff's negligence claims are barred by the Illinois Workers' Compensation Act's exclusive remedy provision.

3. Additionally, Plaintiff's claim for willful and wanton negligence should also be dismissed for failure to state a claim as it is not a stand-alone claim, and Plaintiff has not pled a legal duty owed or conduct that meets the heightened pleading standard for willful and wanton negligence.

For the reasons set forth above and in the accompanying Memorandum of Law in Support of Foster's Motion to Dismiss, JAMES FOSTER respectfully moves to dismiss Counts VI and VII of Plaintiff's Complaint with prejudice, and for any other relief the Court deems just and proper.

JAMES FOSTER, Defendant

By: /s/ James M. Kelly
James M. Kelly

James M. Kelly, ARDC No. 6238519
Jay L. Cohen, NY Bar No. 1793074
JAMES KELLY LAW FIRM, PC
7817 N. Knoxville Avenue
Peoria, IL 61614
T: (309) 679-0900
jklf@jameskellylawfirm.com
*Attorneys for James Foster, Defendant*

# CERTIFICATE OF SERVICE

      I certify that on August 30, 2024, I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to all counsel of record in the above-captioned case.

                                                              James M. Kelly

James M. Kelly, ARDC No. 6238519
Jay L. Cohen, NY Bar No. 1793074
JAMES KELLY LAW FIRM, PC
7817 N. Knoxville Avenue
Peoria, IL 61614
T: (309) 679-0900
jklf@jameskellylawfirm.com
*Attorneys for James Foster, Defendant*