IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADRIAN SANTIAGO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2024-CV-2058 |
| v. ) | |
| ) | Judge Mary M. Rowland |
| NORTHWESTERN UNIVERSITY, ) | |
| JAMES THOMAS FOSTER, MONIQUE ) | |
| HOLLAND, and RACHEL VELEZ, ) | |
| ) | |
| Defendants. ) | |

**THE NORTHWESTERN DEFENDANTS' NOTICE OF SUPPLEMENTAL
AUTHORITY IN SUPPORT OF THEIR MOTION TO DISMISS**

In further support of their pending motion to dismiss Plaintiff Adrian Santiago's amended complaint (ECF No. 26), Defendants Northwestern University, Monique Holland, and Rachel Velez (the "Northwestern Defendants") respectfully submit this notice of supplemental authority.

As the Northwestern Defendants explained in their motion, in April 2024, the Circuit Court of Cook County entered an order dismissing all claims in a parallel state-court action brought by other Northwestern baseball coaches against these same defendants, based on substantially similar allegations. *See Beacom v. Northwestern University*, No. 2023 L 008072 (Cir. Ct. Cook Cnty. Apr. 26, 2024), Ex. A to Motion to Dismiss, ECF No. 26-2. The *Beacom* plaintiffs filed an amended complaint, which the Northwestern Defendants also moved to dismiss.

On December 13, 2024, the Circuit Court of Cook County granted the Northwestern Defendants' second motion to dismiss in the *Beacom* case, and dismissed all claims with prejudice. A copy of the order is attached hereto as Exhibit 1. The court concluded that the *Beacom* plaintiffs' negligence-based claims were preempted by the Illinois Workers' Compensation Act, that willful and wanton conduct was not a standalone claim, and that the plaintiffs' allegations failed to state

1

a claim for intentional infliction of emotional distress because the conduct alleged did not rise to the level of extreme or outrageous behavior. *See* Ex. 1 at 4-6. Because the underlying claims failed, the Court also dismissed the claim for *respondeat superior* liability. *Id.* at 6.

The Northwestern Defendants respectfully request that the Court consider the December 13 order in *Beacom* when deciding the Northwestern Defendants' pending motion to dismiss in this litigation, given the substantial overlap in the claims, defendants, and factual allegations.

Dated: December 16, 2024　　　　　　　　　　Respectfully submitted,

NORTHWESTERN UNIVERSITY,
MONIQUE HOLLAND, AND
RACHEL VELEZ

By: /s/ Reid J. Schar
One of their attorneys

Reid J. Schar
Nicole A. Allen
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Phone: (312) 222-9350
rschar@jenner.com
nallen@jenner.com

**CERTIFICATE OF SERVICE**

      I, Reid J. Schar, an attorney, hereby certify that on December 16, 2024, I caused a true and correct copy of the foregoing to be served via email on:

Christopher J. Esbrook
David F. Pustilnik
James M. Kestler
Esbrook P.C.
321 N. Clark St., Suite 1930
Chicago, IL 60654
Phone: (312) 319-7680
Counsel for Plaintiff

James M. Kelly
Jay L. Cohen
James Kelly Law Firm, P.C.
7817 N. Knoxville Ave.
Peoria, IL 61614
Phone: (309) 679-0919
Counsel for James Foster

                                                /s/ Reid J. Schar