IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ADRIAN SANTIAGO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2024-cv-2058 |
| | ) | |
| NORTHWESTERN UNIVERSITY, | ) | Judge Mary M. Rowland |
| JAMES THOMAS FOSTER, MONIQUE | ) | |
| HOLLAND, and RACHEL VELEZ, | ) | Magistrate Judge Gabriel A. Fuentes |
| | ) | |
| Defendants. | ) | |

**FOSTER'S NOTICE OF SUPPLEMENTAL AUTHORITY
IN SUPPORT OF HIS MOTION TO DISMISS**

In further support of his pending Motion to Dismiss Plaintiff Adrian Santiago's Amended Complaint (ECF No. 26), Defendant James Foster ("Foster") respectfully submits this notice of supplemental authority.

As Foster explained in his Motion, in April of 2024, the Circuit Court of Cook County entered an Order dismissing all claims in a parallel state-court action brought by other Northwestern baseball coaches against these same Defendants, based on substantially similar allegations. *See Beacom v. Northwestern University, et al.* No. 2023L008072 (Cir. Ct. Cook Cnty. Apr. 26, 2024). The *Beacom* Plaintiffs filed an Amended Complaint, which Foster also moved to dismiss.

On December 13, 2024, the Circuit Court of Cook County granted Foster's second Motion to Dismiss in the *Beacom* case, and dismissed all claims with prejudice. A copy of the Order is attached hereto as Exhibit 1. The Court concluded that the *Beacom* Plaintiffs' negligence-based claims were preempted by the Illinois Workers' Compensation Act, that willful and wanton

conduct was not a standalone claim, and that the Plaintiffs' allegations failed to state a claim for intentional infliction of emotional distress because the conduct alleged did not rise to the level of extreme or outrageous behavior. *See* Ex. 1 at 4-6.

Foster respectfully requests that the Court consider the December 13, 2024, Order in *Beacom* when deciding Foster's pending Motion to Dismiss in this litigation, given the substantial overlap in the claims, Defendants, and factual allegations.

                                                JAMES FOSTER, Defendant

                                                By: /s/ James M. Kelly
                                                    James M. Kelly

James M. Kelly, ARDC No. 6238519
Jay L. Cohen, NY Bar No. 1793074
JAMES KELLY LAW FIRM, PC
7817 N. Knoxville Avenue
Peoria, IL 61614
T: (309) 679-0900
F: (309) 679-0919
E: jklf@jameskellylawfirm.com
*Attorneys for James Foster*

## CERTIFICATE OF SERVICE

I certify that on December 16, 2024, electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to all counsel of record in the above-captioned case.

/s/ James M. Kelly

James M. Kelly, ARDC No. 6238519
Jay L. Cohen, NY Bar No. 1793074
JAMES KELLY LAW FIRM, PC
7817 N. Knoxville Avenue
Peoria, IL 61614
T: (309) 679-0900
F: (309) 679-0919
E: jklf@jameskellylawfirm.com
*Attorneys for James Foster*