**IN THE UNITED STATE DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ADRIAN SANTIAGO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-CV-02058 |
| v. | ) | |
| | ) | Hon. Mary M. Rowland |
| NORTHWESTERN UNIVERSITY, | ) | |
| | ) | Magistrate Hon. Gabriel A. Fuentes |
| Defendant. | ) | |

**<u>STIPULATION OF DISMISSAL</u>**

NOW COME the Parties, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby jointly stipulate to dismiss the above-captioned action with prejudice, with each party to bear his/its own fees, costs, and expenses.


Dated: December 1, 2025

Respectfully Submitted,


| | |
|---|---|
| /s/ David F. Pustilnik | /s/ Reid J. Schar |
| Christopher J. Esbrook | Reid J. Schar |
| David F. Pustilnik | Nicole A. Allen |
| **ESBROOK P.C**. | **JENNER & BLOCK LLP** |
| 321 N. Clark Street, Suite 1930 | 353 N. Clark Street |
| Chicago, IL 60654 | Chicago, IL 60654 |
| P: (312) 319-7680 | P: (312) 222-9350 |
| christopher.esbrook@esbrook.com | rschar@jenner.com |
| stephen.brown@esbrook.com | nallen@jenner.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |