**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Adrian Santiago

                          Plaintiff,

v.                                             Case No.: 1:24–cv–02058
                                             Honorable Mary M. Rowland

Northwestern University, et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 2, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the parties' stipulation of dismissal. [49]. Pursuant to Rule 41(a)(1)(A)(ii), this case is dismissed with prejudice. Each party to bear his/its own fees, costs, and expenses. Civil case terminated. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.